```
KEVIN V. RYAN, SBN 118321
United States Attorney
JOANN M. SWANSON, SBN 88143
Assistant United States Attorney
Chief, Civil Division
SARA WINSLOW, DCBN 457643
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7260
   Facsimile:  (415) 436-7169
```

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RAY FELIX, | ) |
| Plaintiff, | ) CIVIL NO. 04-03105 MJJ |
| v. | ) STIPULATION AND ORDER |
| JO ANNE B. BARNHART, | ) APPROVING COMPROMISE |
| Commissioner of Social Security, | ) SETTLEMENT OF ATTORNEY |
| Defendant. | ) FEES PURSUANT TO THE EQUAL |
| | ) ACCESS TO JUSTICE ACT |
| | ) Granted |

The plaintiff's attorney having met the criteria of L.R. 54-5, by meeting and conferring with defendant, IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to approval by the Court, that plaintiff's attorney receive the following payment:

1. Defendant shall pay FOUR THOUSAND TWO HUNDRED DOLLARS ($4,200.00), pursuant to the Equal Access to Justice Act (EAJA), for attorney fees incurred in this court action.[1] The check is to be payable to plaintiff's counsel:

```
MATTHEW L. HOWARD
P.O. BOX 13
TALMAGE, CA 95481-0013
(707)462-9592;(707) 972-6393 (cell); newfax:462-0057
mlh@mhowardlaw.com
```

2. This is a settlement of plaintiff's request for attorney fees pursuant to EAJA, and does not constitute an admission of liability or fault on the part of defendant under the Equal Access to Justice

---

1/. This amount includes costs.

1  Act.

2      3. Payment of the FOUR THOUSAND TWO HUNDRED DOLLARS ($4,200.00), EAJA
3 fees incurred in this court action, will constitute a complete release from and bar to any and all
4 claims, rights, causes of action, liens or subrogated interests relating to attorney fees pursuant to the
5 EAJA as a result of this court action.

 

Dated: August 30, 2005
          /s/
          MATTHEW L. HOWARD
          Attorney for Plaintiff

          KEVIN V. RYAN
          United States Attorney

Dated: August 31, 2005    By:   /s/
          SARA WINSLOW
          Assistant United States Attorney

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: 9/6/2005
          MARTIN J. JENKINS
          United States District Judge

FELIX, EAJA STIP (tr)
C 04-03105 MJJ       2